# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| Caitlin Rombough, *on behalf of herself and others similarly situated*<br>  Plaintiff,<br><br>v.<br><br>Robert D. Smith Insurance Agency, Inc., and State Farm Mutual Automobile Insurance Company,<br>  Defendants. | No. 1:22-cv-00015 CJW-MAR<br><br>**DEFENDANTS' MOTION TO DISMISS** |

For their Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), Defendants, Robert D. Smith Insurance Agency, Inc., and State Farm Mutual Automobile Insurance Company, state:

1. Plaintiff Caitlin Rombough alleges that Defendants violated 47 U.S.C. § 227(c)(5) and its implementing regulation, 47 C.F.R. § 64.1200(c) causing her damage. Ms. Rombaugh also seeks certification of a nationwide class of persons similarly contacted by Defendants.

2. Plaintiff fails to state a claim upon which relief can be granted because she failed to allege that she herself registered her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government as required by regulations enacted by the FCC. 47 C.F.R. § 64.1200(c).

3. For these and other reasons set forth in Defendants' brief in support of their Motion to Dismiss, Plaintiff's Complaint should be dismissed.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with prejudice with costs assessed to Plaintiff.

**LEDERER WESTON CRAIG PLC**

By: */s/ J. Michael Weston*
J. Michael Weston  AT0008405
118 – 3rd Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA  52406-1927
Telephone: (319) 365-1184
Fax: (319) 365-1186
E-mail:  mweston@lwclawyers.com

James P. Gaughan (Ill. #6204406)
(admitted *pro hac vice*)
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701
E-mail: jgaughan@rshc-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April 2022, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, using the ECF system which will send notification of such filing to all counsel of record.

Executed on this 15th day of April 2022, in Cedar Rapids, Iowa.

 */s/ J. Michael Weston*
J. Michael Weston