# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| CAITLIN ROMBOUGH <br> *Plaintiff* <br> v. <br> ROBERT D SMITH INSURANCE AGENCY, et al., <br> *Defendants* | Civil Action No. 1:22-cv-00015-CJW-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff take nothing and this action is dismissed with prejudice.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge C.J. Williams on a motion to Dismiss.

.

Date: 6/9/2022

*CLERK OF COURT*

/s/ jag
*Signature of Clerk or Deputy Clerk*